| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF ARKANSAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Propel Trucking, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA  **Propel Logistics, Inc.**  DBA  **Propel Xpress, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **02-0176202** |
| 4. | **Debtor's address** | **Principal place of business**  **3305 E Main St**  **Russellville, AR 72802**  Number, Street, City, State & ZIP Code  **Pope**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Propel Trucking, Inc.**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4841__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Propel Trucking, Inc.** Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?** *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 3

| Debtor | **Propel Trucking, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **Propel Trucking, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 2, 2025**
MM / DD / YYYY

X **/s/ Marc Campbell**          **Marc Campbell**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Stanley V. Bond**          Date **October 2, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Stanley V. Bond 93034**
Printed name

**Bond Law Office**
Firm name

**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
Number, Street, City, State & ZIP Code

Contact phone **479-444-0255**          Email address **attybond@me.com**

**93034 AR**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Propel Trucking, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allegiant** 123 SW Columbia St Bend, OR 97702 | | 2024 FREIGHTLINER 3AKJHHDR8RSVH1275 | | $149,229.42 | $0.00 | $149,229.42 |
| **Amur Equipment Finance, Inc** PO Box 911685 Denver, CO 80291 | | 2024 FREIGHTLINER 3AKJHHDRXRSVH1276 | | $208,594.04 | $0.00 | $208,594.04 |
| **Arvest Bank** P.O. Box 799 Lowell, AR 72745 | | 2021 INTERNATIONAL 3HSDZTZR7MN855082 | | $52,816.91 | $0.00 | $52,816.91 |
| **BMO Bank NA** PO Box 71951 Chicago, IL 60694 | | 2020 FREIGHTLINER 3AKJHHDR7LSLX0205 2023 FREIGHTLINER 3AKJHHDR7PSNJ7340 2023 FREIGHTLINER 3AKJHHDR7PSNJ7337 2023 FREIGHTLINER 3AKJHHDR9PSNJ7338 | | $693,928.46 | $0.00 | $693,928.46 |
| **BMO Bank NA** PO Box 71951 Chicago, IL 60694 | | 2024 POLAR TANK TRAILER 1PMKR4323R1122809 2024 POLAR TANK TRAILER 1PMKR432XR1122810 | | $193,058.85 | $0.00 | $193,058.85 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor  **Propel Trucking, Inc.**          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Centennial Bank**<br>PO Box 966<br>Conway, AR 72033 | | **2023 UTILITY TRAILER 1UYFS2534P5773507**<br>**2023 UTILITY TRAILER 1UYFS2536P5773508**<br>**2023 UTILITY TRAILER 1UYFS2538P5773509**<br>**2023 UTILITY TRAILER 1** | | $178,752.77 | $0.00 | $178,752.77 |
| **Centennial Bank**<br>PO Box 966<br>Conway, AR 72033 | | **Line of Credit secured by collateal of other Centennial Bank loan.** | | $92,528.87 | $0.00 | $92,528.87 |
| **Everbank**<br>PO Box 911608<br>Denver, CO 80291-1608 | | **2023 FREIGHTLINER 3AKJHHDR9PSNJ7341** | | $72,438.50 | $0.00 | $72,438.50 |
| **First Citizens Bank**<br>21146 Network Place<br>Chicago, IL 60673 | | **2025 TIMPTE 1TDH40027SB186877** | | $57,690.90 | $0.00 | $57,690.90 |
| **IGP Specialty**<br>100 Summit Lake Dr. Ste 400<br>Valhalla, NY 10595 | | | **Disputed** | | | $65,380.00 |
| **Internal Revenue Service***<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $29,134.78 |
| **Northland Capital**<br>PO Box 7278<br>Saint Cloud, MN 56302 | | **2022 POLAR TANK TRAILER 3H6KR4328N3114931** | | $77,264.99 | $0.00 | $77,264.99 |
| **Northland Capital**<br>PO Box 7278<br>Saint Cloud, MN 56302 | | **2018 WESTMARK 1W9TE4023JA488107**<br>**2018 WESTMARK 1W9TE4025JA488108** | | $95,435.41 | $0.00 | $95,435.41 |
| **Sumitomo/Mitsui F&L Co.**<br>666 Third Ave., 8th Floor<br>New York, NY 10017 | | **2024 POLAR TANK TRAILER 1PMKR4329R1122815** | | $97,601.49 | $0.00 | $97,601.49 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor **Propel Trucking, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sumitomo/Mitsui F&L Co.** 666 Third Ave., 8th Floor New York, NY 10017 | | **2022 INTERNATIONAL 3HSDZTZRXNN249678 2022 INTERNATIONAL 3HSDZTZR6NN249676** | | $86,650.71 | $0.00 | $86,650.71 |
| **Sumitomo/Mitsui F&L Co.** 666 Third Ave., 8th Floor New York, NY 10017 | | **2022 POLAR TANK TRAILER 3H6KR4328N3114931** | | $62,605.49 | $0.00 | $62,605.49 |
| **Wells Fargo Equip. Fin.** PO Box 858178 Minneapolis, MN 55416 | | **2024 POLAR TANK 1PMKR4325R1122813** | | $87,620.97 | $0.00 | $87,620.97 |
| **Wells Fargo Equipment Finance** PO Box 858178 Minneapolis, MN 55416 | | **2024 POLAR TANK** | | $79,705.33 | $0.00 | $79,705.33 |
| **Wells Fargo Equipment Finance** PO Box 858178 Minneapolis, MN 55416 | | **2022 POLAR TANK 3H6KR4323N3114934 2022 POLAR TANK 3H6KR4325N3114935 2023 WALKER 5WSABB232PN357821 2023 WALKER 5WSABB234PN357822** | | $231,089.98 | $0.00 | $231,089.98 |
| **Wintrust Specialty Finance** PO Box 84783 Seattle, WA 98124 | | **2018 WABASH REEFER 1JJV532B6JL090768 2018 WABASH REEFER 1JJV532B2JL090704 2018 WABASH REEFER 1JJV532B3JL090713 2018 WABASH REEFER 1JJV532B6J** | | $276,312.95 | $0.00 | $276,312.95 |

Allegiant
123 SW Columbia St
Bend, OR 97702


Amur Equipment Finance, Inc
PO Box 911685
Denver, CO 80291


Arkansas DF&A
Revv Legal Counsel
PO BOX 1272 Rm 2380
Little Rock, AR 72203-1272


Arvest Bank
P.O. Box 799
Lowell, AR 72745


Ascentium Capital LLC
23970 Highway 59 N
Kingwood, TX 77339


Balboa Capital
PO Box 844803
Los Angeles, CA 90084


BMO Bank NA
PO Box 71951
Chicago, IL 60694


Centennial Bank
PO Box 966
Conway, AR 72033


ENGS/Mitsubishi HC Capital
1 Pierce Place, Ste. 1100
Itasca, IL 60143


Everbank
PO Box 911608
Denver, CO 80291-1608


First Citizens Bank
21146 Network Place
Chicago, IL 60673

```
IGP Specialty
100 Summit Lake Dr. Ste 400
Valhalla, NY 10595


Internal Revenue Service*
PO Box 7346
Philadelphia, PA 19101-7346


JBR Logistics LLC
3305 E Main St
Russellville, AR 72802


Marshall & Singleton PLC
PO Box 1955
Jonesboro, AR 72401


Milton Properties LLC
4061 HWY 157
Judsonia, AR 72081


Northland Capital
PO Box 7278
Saint Cloud, MN 56302


Penske Leasing Co. LP
Route 10 Green Hills
Reading, PA 19603


Pope County Collector
100 West Main
Russellville, AR 72801


Premier Trailer Leasing
5201 S 43rd Ave.
Phoenix, AZ 85041


Sumitomo/Mitsui F&L Co.
666 Third Ave., 8th Floor
New York, NY 10017


US Attorney-ED ARK
425 W Capitol Ave Ste 500
Little Rock, AR 72201
```

```
US-Dept of Transportation
1800 Century Blvd. Suite 1700
Atlanta, GA 30345


Wells Fargo Equip. Fin.
PO Box 858178
Minneapolis, MN 55416


Wells Fargo Equipment Finance
PO Box 858178
Minneapolis, MN 55416


Wintrust Specialty Finance
PO Box 84783
Seattle, WA 98124
```

# United States Bankruptcy Court
### Eastern District of Arkansas

In re  **Propel Trucking, Inc.**                                       Case No.
                                    Debtor(s)                          Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Propel Trucking, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 2, 2025**
Date

/s/ Stanley V. Bond
**Stanley V. Bond 93034**
Signature of Attorney or Litigant
Counsel for **Propel Trucking, Inc.**
**Bond Law Office**
**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
**479-444-0255 Fax:479-235-2827**
**attybond@me.com**

**United States Bankruptcy Court**
**Eastern District of Arkansas**

In re **Propel Trucking, Inc.**
Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Marc Campbell**, declare under penalty of perjury that I am the **President** of **Propel Trucking, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **2nd** day of **October**, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Marc Campbell**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Marc Campbell**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Marc Campbell**, **President** of this Corporation is authorized and directed to employ **Stanley V. Bond and Kathryn Worlow**, attorneys and the law firm of **Bond Law Office** to represent the corporation in such bankruptcy case."

Date **October 2, 2025**

Signed **/s/ Marc Campbell**
**Marc Campbell**

Resolution of Board of Directors
of
**Propel Trucking, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Marc Campbell**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Marc Campbell**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Marc Campbell**, **President** of this Corporation is authorized and directed to employ **Stanley V. Bond and Kathryn Worlow**, attorney and the law firm of **Bond Law Office** to represent the corporation in such bankruptcy case.

Date  **October 2, 2025**          Signed  _____

Date  **October 2, 2025**          Signed  _____