**Fill in this information to identify the case:**

Debtor name   **Propel Trucking, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF ARKANSAS

Case number (if known)   **4:25-bk-13396**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 27, 2025**

X **/s/ Marc Campbell**
Signature of individual signing on behalf of debtor

**Marc Campbell**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name   **Propel Trucking, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF ARKANSAS

Case number (if known)   **4:25-bk-13396**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **1,642,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **1,642,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **2,743,501.59**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **30,477.96**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **210,943.50**

4.   Total liabilities ..............................................................................................
    Lines 2 + 3a + 3b

$     **2,984,923.05**

10/27/25  5:58PM

| Fill in this information to identify the case: |
|---|

Debtor name  **Propel Trucking, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF ARKANSAS

Case number (if known)  **4:25-bk-13396**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account      Last 4 digits of account number

**Bank OZK:**
**8751 for Propel Logistics, bal. $**
**9206 for Propel Xpress, bal. $**
3.1.  **5277 for Propel Trucking, bal. $**     **Checking**     **$0.00**

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

| Debtor | **Propel Trucking, Inc.** | Case number *(If known)* **4:25-bk-13396** |
|---|---|---|
| | Name | |

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2024 FREIGHTLINER**<br>**3AKJHHDR8RSVH1275** | $0.00 | | $75,000.00 |
| 47.2. **2024 FREIGHTLINER**<br>**3AKJHHDRXRSVH1276** | $0.00 | | $75,000.00 |
| 47.3. **2021 INTERNATIONAL**<br>**3HSDZTZR7MN855082** | $0.00 | | $17,000.00 |
| 47.4. **2, 2022 MARTINEZ VANS**<br>**3A06A5341NB3A0057**<br>**3A06A5343NB3A0058** | $0.00 | | $20,000.00 |

| Debtor | **Propel Trucking, Inc.** | Case number *(If known)* **4:25-bk-13396** |
|--------|---------------------------|--------------------------------------------|
|        | Name                      |                                            |

| | | | |
|---|---|---|---|
| 47.5. | **2020 FREIGHTLINER**<br>**3AKJHHDR7LSLX0205**<br>**2023 FREIGHTLINER**<br>**3AKJHHDR7PSNJ7340**<br>**2023 FREIGHTLINER**<br>**3AKJHHDR7PSNJ7337**<br>**2023 FREIGHTLINER**<br>**3AKJHHDR9PSNJ7338**<br>**2023 FRIGHTLINER**<br>**3AKJHHDROPSNJ7339** | $0.00 | $208,000.00 |
| 47.6. | **2021 UTILITY TRAILER**<br>**3UUTVS2531M8423316**<br>**2021 UTILITY TRAILER**<br>**3UTVS2536M842330**<br>**2021 UTILITY TRAILER**<br>**3UTVS2538M8423331** | $0.00 | $51,000.00 |
| 47.7. | **2024 POLAR TANK TRAILER**<br>**1PMKR4323R1122809**<br>**2024 POLAR TANK TRAILER**<br>**1PMKR432XR1122810** | $0.00 | $136,000.00 |
| 47.8. | **2019 INTERNATIONAL**<br>**3HSDZTZR9KN143668** | $0.00 | $4,000.00 |
| 47.9. | **2023 UTILITY TRAILER**<br>**1UYFS2534P5773507**<br>**2023 UTILITY TRAILER**<br>**1UYFS2536P5773508**<br>**2023 UTILITY TRAILER**<br>**1UYFS2538P5773509**<br>**2023 UTILITY TRAILER**<br>**1UYFS253P5773516** | $0.00 | $184,000.00 |
| 47.10. | **LINE OF CREDIT**<br><br>**COLLATERAL**<br>**2019 INTERNATIONAL**<br>**3HSDZTZR2KN144046**<br>**2017 MACK**<br>**1M1AW07WZHM082011**<br>**2017 VOLVO**<br>**4V4NC9EH7HN957678**<br>**2019  INTERNATIONAL**<br>**3HSDZTZR4KN144047**<br>**2016 TIMPTE**<br>**1TDH4002XGB150561** | $0.00 | $30,000.00 |
| 47.11. | **2021 HYUNDAI REEFER**<br>**3H3V532C3MT087047** | $0.00 | $14,000.00 |
| 47.12. | **2020 INTERNATIONAL**<br>**3HSDZTZ1LN278791**<br>**2020 INTERNATIONAL**<br>**3HSDZTZR9LN240886** | $0.00 | $24,000.00 |

| Debtor | **Propel Trucking, Inc.** | Case number *(If known)* **4:25-bk-13396** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.13· | **2023 FREIGHTLINER**<br>**3AKJHHDR9PSNJ7341** | $0.00 | $25,000.00 |
| 47.14· | **2025 TIMPTE**<br>**1TDH40027SB186877** | $0.00 | $45,000.00 |
| 47.15· | **2018 WESTMARK**<br>**1W9TE4023JA488107**<br>**2018 WESTMARK**<br>**1W9TE4025JA488108** | $0.00 | $40,000.00 |
| 47.16· | **2022 POLAR TANK TRAILER**<br>**3H6KR432XN3114929** | $0.00 | $68,000.00 |
| 47.17· | **2018 WABASH  REEFER**<br>**1JJV532B6JL090768**<br>**2018 WABASH  REEFER**<br>**1JJV532B2JL090704**<br>**2018 WABASH REEFER**<br>**1JJV532B3JL090713**<br>**2018 WABASH  REEFER**<br>**1JJV532B6JL064056**<br>**2018 WABASH  REEFER**<br>**1JJV532B9JL064021**<br>**2018 WABASH  REEFER**<br>**1JJV532B7JL064079**<br>**2018 WABASH  REEFER**<br>**1JJV532B2JL090802**<br>**2018 WABASH  REEFER**<br>**1JJV532B8JL064060**<br>**2018 WABASH  REEFER**<br>**1JJV532B6JL063988**<br>**2018 WABASH  REEFER**<br>**1JJV532B1JL064126** | $0.00 | $125,000.00 |
| 47.18· | **2024 POLAR TANK TRAILER**<br>**1PMKR4329R1122815** | $0.00 | $68,000.00 |
| 47.19· | **2022 POLAR TANK TRAILER**<br>**3H6KR4328N3114931** | $0.00 | $68,000.00 |
| 47.20· | **2022 INTERNATIONAL**<br>**3HSDZTZRXNN249678**<br>**2022 INTERNATIONAL**<br>**3HSDZTZR6NN249676** | $0.00 | $32,000.00 |
| 47.21· | **2022 POLAR TANK**<br>**3H6KR4323N3114934**<br>**2022 POLAR TANK**<br>**3H6KR4325N3114935**<br>**2023 WALKER**<br>**5WSABB232PN357821**<br>**2023 WALKER**<br>**5WSABB234PN357822** | $0.00 | $192,000.00 |

| Debtor | **Propel Trucking, Inc.** | Case number *(if known)* **4:25-bk-13396** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.22. | **2024 POLAR TANK** | $0.00 | | $68,000.00 |
| 47.23. | **2024 POLAR TANK**<br>**1PMKR4325R1122813** | $0.00 | | $68,000.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Jacks, mechanic hand tools, tire changing equipment, etc.** | $0.00 | | $5,000.00 |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | $1,642,000.00 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**Propel Trucking domain name.** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

| Debtor | **Propel Trucking, Inc.** | Case number *(If known)* **4:25-bk-13396** |
|---|---|---|
| | Name | |

**65.**   **Goodwill**

**66.**   **Total of Part 10.**                                                                                        | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable** | |
| Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Cause of action for breach of contract and in tort against Navajo Trucking and others.** | **Unknown** |
| Nature of claim        **Contract & Tort** | |
| Amount requested                    **$0.00** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.**   **Trusts, equitable or future interests in property** | |
| **77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

**78.**   **Total of Part 11.**                                                                                       | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Propel Trucking, Inc.** | Case number *(If known)* | **4:25-bk-13396** |
|--------|---------------------------|--------------------------|--------------------|
| | Name | | |

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,642,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,642,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,642,000.00 |

**Fill in this information to identify the case:**

Debtor name **Propel Trucking, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF ARKANSAS

Case number (if known) **4:25-bk-13396**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

### 2.1 Allegiant
Creditor's Name

**123 SW Columbia St
Bend, OR 97702**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 7097**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 FREIGHTLINER 3AKJHHDR8RSVH1275**

**Describe the lien**
**Direct Lien on Title**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$149,229.42 | $75,000.00

### 2.2 Amur Equipment Finance, Inc
Creditor's Name

**PO Box 911685
Denver, CO 80291**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 9555**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2024 FREIGHTLINER 3AKJHHDRXRSVH1276**

**Describe the lien**
**Direct Lien on Title**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$208,594.04 | $75,000.00

| Debtor | **Propel Trucking, Inc.** | | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $11,334.45 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Working Capital.** | | |

**23970 Highway 59 N**
**Kingwood, TX 77339**

Creditor's mailing address

**Describe the lien**
**Direct Lien on Title**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7482**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Balboa Capital** | Describe debtor's property that is subject to a lien | $0.00 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2, 2022 MARTINEZ VANS** | | |
| | | **3A06A5341NB3A0057** | | |
| | | **3A06A5343NB3A0058** | | |

**PO Box 844803**
**Los Angeles, CA 90084**

Creditor's mailing address

**Describe the lien**
**Direct Lien on Title**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3007**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **BMO Bank NA** | Describe debtor's property that is subject to a lien | $693,928.46 | $208,000.00 |
|---|---|---|---|---|

---

| Debtor | **Propel Trucking, Inc.** | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**2020 FREIGHTLINER**
**3AKJHHDR7LSLX0205**
**2023 FREIGHTLINER**
**3AKJHHDR7PSNJ7340**
**2023 FREIGHTLINER**
**3AKJHHDR7PSNJ7337**
**2023 FREIGHTLINER**
**3AKJHHDR9PSNJ7338**
**2023 FRIGHTLINER**
**3AKJHHDROPSNJ7339**

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1etc**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **BMO Bank NA** | **Describe debtor's property that is subject to a lien** | $22,007.97 | $51,000.00 |
|---|---|---|---|---|

Creditor's Name

**2021 UTILITY TRAILER**
**3UUTVS2531M8423316**
**2021 UTILITY TRAILER**
**3UTVS2536M842330**
**2021 UTILITY TRAILER**
**3UTVS2538M8423331**

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **BMO Bank NA** | **Describe debtor's property that is subject to a lien** | $193,058.85 | $136,000.00 |
|---|---|---|---|---|

Creditor's Name

**2024 POLAR TANK TRAILER**
**1PMKR4323R1122809**
**2024 POLAR TANK TRAILER**
**1PMKR432XR1122810**

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**

| Debtor | **Propel Trucking, Inc.** | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **BMO Bank NA** | Describe debtor's property that is subject to a lien | $1,425.21 | $4,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 INTERNATIONAL 3HSDZTZR9KN143668** | | |

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Centennial Bank** | Describe debtor's property that is subject to a lien | $178,752.77 | $184,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 UTILITY TRAILER 1UYFS2534P5773507 2023 UTILITY TRAILER 1UYFS2536P5773508 2023 UTILITY TRAILER 1UYFS2538P5773509 2023 UTILITY TRAILER 1UYFS253P5773516** | | |

**PO Box 966**
**Conway, AR 72033**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7916**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | **Propel Trucking, Inc.** | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Centennial Bank** | Describe debtor's property that is subject to a lien | $92,528.87 | $184,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 966**
**Conway, AR 72033**

Creditor's mailing address

**Line of Credit secured by collateral of other Centennial Bank loan.**

Describe the lien

Is the creditor an insider or related party?

☐ No

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5250**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **ENGS/Mitsubishi HC Capital** | Describe debtor's property that is subject to a lien | Unknown | $14,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Pierce Place, Ste. 1100**
**Itasca, IL 60143**

Creditor's mailing address

**2021 HYUNDAI REEFER**
**3H3V532C3MT087047**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5234**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 2 | **ENGS/Mitsubishi HC Capital** | Describe debtor's property that is subject to a lien | $11,054.33 | $24,000.00 |
|---|---|---|---|---|

Creditor's Name

**1 Pierce Place, Ste. 1100**
**Itasca, IL 60143**

Creditor's mailing address

**2020 INTERNATIONAL**
**3HSDZTZ1LN278791**
**2020 INTERNATIONAL**
**3HSDZTZR9LN240886**

Describe the lien

---

Debtor   **Propel Trucking, Inc.**                                         Case number (if known)   **4:25-bk-13396**
                    Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6189** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **First Citizens Bank** | Describe debtor's property that is subject to a lien | $57,690.90 | $45,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2025 TIMPTE** |
| | **1TDH40027SB186877** |
| **21146 Network Place** | |
| **Chicago, IL 60673** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0000** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **Northland Capital** | Describe debtor's property that is subject to a lien | $95,435.41 | $40,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2018 WESTMARK** |
| | **1W9TE4023JA488107** |
| | **2018 WESTMARK** |
| **PO Box 7278** | **1W9TE4025JA488108** |
| **Saint Cloud, MN 56302** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6001** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |

10/27/25  5:58PM

| Debtor | **Propel Trucking, Inc.** | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 5 | **Northland Capital** | **Describe debtor's property that is subject to a lien** | **$77,264.99** | **$68,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2022 POLAR TANK TRAILER**
**3H6KR4328N3114931**

**PO Box 7278**
**Saint Cloud, MN 56302**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6002**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **1. Northland Capital**
  **2. Sumitomo/Mitsui F&L Co.**

---

| 2.1 6 | **Porter Billing Services** | **Describe debtor's property that is subject to a lien** | **$29,609.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Factoring arrangement.**

**2112 1st Avenue N**
**Birmingham, AL 35203**
Creditor's mailing address

**Describe the lien**
**Factoring Arrangement**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 7 | **Sumitomo/Mitsui F&L Co.** | **Describe debtor's property that is subject to a lien** | **$86,650.71** | **$32,000.00** |
|---|---|---|---|---|

---

Debtor **Propel Trucking, Inc.**                    Case number (if known) **4:25-bk-13396**
_____
Name

| Creditor's Name | | |
|---|---|---|

2022 INTERNATIONAL
3HSDZTZRXNN249678
666 Third Ave., 8th Floor     2022 INTERNATIONAL
New York, NY 10017             3HSDZTZR6NN249676

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9107**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 8 | **Sumitomo/Mitsui F&L Co.** | **Describe debtor's property that is subject to a lien** | **$62,605.49** | **$68,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2022 POLAR TANK TRAILER** | | |

666 Third Ave., 8th Floor          3H6KR4328N3114931
New York, NY 10017

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1413**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.15**

---

| 2.1 9 | **Sumitomo/Mitsui F&L Co.** | **Describe debtor's property that is subject to a lien** | **$97,601.49** | **$68,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2024 POLAR TANK TRAILER** | | |

666 Third Ave., 8th Floor          1PMKR4329R1122815
New York, NY 10017

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Debtor | **Propel Trucking, Inc.** | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|
| | Name | | |

**1364**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.20 | **Wells Fargo Equip. Fin.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**2024 POLAR TANK**
**1PMKR4325R1122813**

$87,620.97     $68,000.00

**PO Box 858178**
**Minneapolis, MN 55416**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.21 | **Wells Fargo Equipment Finance** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**2022 POLAR TANK**
**3H6KR4323N3114934**
**2022 POLAR TANK**
**3H6KR4325N3114935**
**2023 WALKER**
**5WSABB232PN357821**
**2023 WALKER**
**5WSABB234PN357822**

$231,089.98     $192,000.00

**PO Box 858178**
**Minneapolis, MN 55416**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2700**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | **Propel Trucking, Inc.** | | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|---|
| | Name | | | |

| 2.2 2 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $79,705.33 | $68,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 858178**
**Minneapolis, MN 55416**

Creditor's mailing address

**2024 POLAR TANK**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7001**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Wintrust Specialty Finance** | Describe debtor's property that is subject to a lien | $276,312.95 | $125,000.00 |
|---|---|---|---|---|

Creditor's Name

**2018 WABASH  REEFER**
**1JJV532B6JL090768**
**2018 WABASH  REEFER**
**1JJV532B2JL090704**
**2018 WABASH REEFER**
**1JJV532B3JL090713**
**2018 WABASH  REEFER**
**1JJV532B6JL064056**
**2018 WABASH  REEFER**
**1JJV532B9JL064021**
**2018 WABASH  REEFER**
**1JJV532B7JL064079**
**2**

**PO Box 84783**
**Seattle, WA 98124**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6003**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,743,501.59 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

| Debtor | **Propel Trucking, Inc.** | | Case number (*if known*) | **4:25-bk-13396** |
|---|---|---|---|---|
| | Name | | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **John Raulston**<br>**Raulston Brown PLLC**<br>**PO Box 1927**<br>**Birmingham, AL 35201** | Line  **2.16** | |

**Fill in this information to identify the case:**

Debtor name    **Propel Trucking, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF ARKANSAS

Case number (if known)    **4:25-bk-13396**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Arkansas DF&A**<br>**Revv Legal Counsel**<br>**PO BOX 1272 Rm 2380**<br>**Little Rock, AR 72203-1272** | **$1,343.18** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service***<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **$29,134.78** | **$0.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Propel Trucking, Inc.** | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pope County Collector**
**100 West Main**
**Russellville, AR 72801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**US-Dept of Transportation**
**1800 Century Blvd. Suite 1700**
**Atlanta, GA 30345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,438.50** |
|---|---|---|---|

**Everbank**
**PO Box 911608**
**Denver, CO 80291-1608**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **1983**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Debtor is guarantor. Collateral owned by CABS**
**Trucking. Collateral Description:**
**2023 FREIGHTLINER**
**3AKJHHDR9PSNJ7341**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,380.00** |
|---|---|---|---|

**IGP Specialty**
**100 Summit Lake Dr. Ste 400**
**Valhalla, NY 10595**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**JBR Logistics LLC**
**3305 E Main St**
**Russellville, AR 72802**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **5490**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Propel Trucking, Inc.** | | Case number (if known) | **4:25-bk-13396** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,125.00 |
|---|---|---|---|

**Kapitas LLC**
**2500 Wilson Blvd, Ste 350**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**US Attorney-ED ARK**
**425 W Capitol Ave Ste 500**
**Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wells Fargo Equipment Finance**
**PO Box 858178**
**Minneapolis, MN 55416**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  See Q.10 SFA.

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Marshall & Singleton PLC**<br>**PO Box 1955**<br>**Jonesboro, AR 72401** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 30,477.96 |
| 5b. Total claims from Part 2 | 5b. + | $ | 210,943.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 241,421.46 |

10/27/25  5:58PM

**Fill in this information to identify the case:**

Debtor name **Propel Trucking, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF ARKANSAS

Case number (if known) **4:25-bk-13396**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest: **lease of garage** | |
| State the term remaining | |
| List the contract number of any government contract | **Milton Properties LLC**<br>**4061 HWY 157**<br>**Judsonia, AR 72081** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest: **259021**<br>**295428**<br>**359941**<br>**PTLZ 201353**<br>**PTLZ 201657**<br>**PTLZ 202836**<br>**PTLZ 210293** | |
| State the term remaining | |
| List the contract number of any government contract | **Penske Leasing Co. LP**<br>**Route 10 Green Hills**<br>**Reading, PA 19603** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest: **2 reefers.** | |
| State the term remaining | |
| List the contract number of any government contract | **Premier Trailer Leasing**<br>**5201 S 43rd Ave.**<br>**Phoenix, AZ 85041** |

10/27/25 5:58PM

**Fill in this information to identify the case:**

Debtor name __**Propel Trucking, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF ARKANSAS__

Case number (if known) __**4:25-bk-13396**__

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Marc Campbell** | **3305 E Main St. Russellville, AR 72802 For all debt listed in Scheudles D, F, and G including contingent/unliquidated/disputed debt.** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Propel Xpress, Inc.** | **3305 E Main St Russellville, AR 72802** | **Centennial Bank** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Arkansas

| In re | **Propel Trucking, Inc.** | | Case No. | **4:25-bk-13396** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 15,262.00 |
   | Prior to the filing of this statement I have received | $ | 12,262.00 |
   | Balance Due | $ | 3,000.00 |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   c. [Other provisions as needed]
      **The preparation and filing of a bankruptcy case under Chapter 11 of the United States Bankruptcy Code, necessary motions, applications and orders common to such cases, the commencement and defense of contested matters, examination of claims and bringing of objections to such claims, document review, attendance at meetings of creditors, hearings and examinations, and related services.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of officers, directors or employees of the debtor.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 27, 2025** | **/s/ Stanley V. Bond** |
| Date | **Stanley V. Bond 93034** |
| | Signature of Attorney |
| | **Bond Law Office** |
| | **525 S. School Ave.** |
| | **Suite 100** |
| | **Fayetteville, AR 72701** |
| | **479-444-0255  Fax: 479-235-2827** |
| | **attybond@me.com** |
| | Name of law firm |

# United States Bankruptcy Court
## Eastern District of Arkansas

In re   **Propel Trucking, Inc.**

Debtor(s)

Case No.   **4:25-bk-13396**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Propel Holding Company Inc.**<br>**3305 E Main St.**<br>**Russellville, AR 72802** | **Common** | **100%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 27, 2025**

Signature   **/s/ Marc Campbell**

**Marc Campbell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Arkansas

In re   **Propel Trucking, Inc.**                                        Case No.   **4:25-bk-13396**

                                              Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 27, 2025**            **/s/ Marc Campbell**

                                     **Marc Campbell**/President
                                     Signer/Title